Court of Missouri denied. *Mr. Robert W. Hall* for petitioner. *Messrs. Edgar H. Wayman* and *Oliver Senti* for respondent.

No. 305. FROST LUMBER INDUSTRIES, INC. *v.* REPUBLIC PRODUCTION Co. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Sidney L. Herold* for petitioner. *Mr. James H. Durbin* for respondent.

No. 306. TRAVELERS INSURANCE Co. *v.* PRICE ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. J. Paul Jackson* for petitioner. *Mr. Lloyd E. Elliott* for respondents.

No. 307. ROYAL INSURANCE Co. *v.* SMITH. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Percy V. Long* for petitioner. *Messrs. A. B. Bianchi* and *James M. Hanley* for respondent.

No. 308. MISSOURI, BY AND THROUGH THE UNEMPLOYMENT COMPENSATION COMMISSION, *v.* EARHART, TRUSTEE. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Harry G. Waltner, Jr.,* for petitioner. *Messrs. J. Francis O'Sullivan* and *Maurice J. O'Sullivan* for respondent.

No. 310. WOODS, COURT TRUSTEE, *v.* CITY NATIONAL BANK & TRUST Co. OF CHICAGO ET AL. October 14, 1940.